UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00290-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| WILLIAM EARL WARD | |

On Motion of the Defendant, Earl William Ward, and for good cause shown, it is hereby ORDERED that the [DE 33] be sealed until further notice by this Court.

IT IS SO ORDERED.

This 20th day of August 2018.

_____
MALCOLM J. HOWARD
Senior United States District Judge